# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Slomsky, Joel H. | Eastern District of Pennsylvania | 5/5/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Dean's Distinguished Fellow | Villanova University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Joel Harvey Slomsky Individual Retirement Account (IRA), control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 5/5/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Villanova University Law School - Teaching Income | $15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▬▬▬▬▬▬▬▬▬▬--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Assn. | 3/22-23/2019 | New York, New York | Annual Event to Honor Federal Judges | Hotel, Food, Transportation, Seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 5/5/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 5/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   --Vanguard Wellington Fund | D | Dividend | M | T | | | | | |
| 3.   --Verizon Communications Inc. (Common Stock) | B | Dividend | K | T | | | | | |
| 4.   --Franklin Income Fund | C | Dividend | L | T | | | | | |
| 5.   --IShares Preferred Stock Index Fund | C | Dividend | L | T | | | | | |
| 6.   --AT&T Inc. Common Stock | C | Dividend | L | T | | | | | |
| 7   --Federated Prime Cash Obligations Fund | A | Dividend | L | T | | | | | |
| 8.   --Federated Prime Cash Obligations Fund | | | | | Distributed (part) | 01/08/19 | L | | |
| 9.   --Wilshire Reit (ETF) | A | Dividend | K | T | | | | | |
| 10.   --Vanguard Wellsley Fund | C | Dividend | M | T | | | | | |
| 11.   --Comcast (Common Stock) | A | Dividend | K | T | | | | | |
| 12.   --Bickel Bank Miami Fla. (CD) | B | Interest | | | Redeemed | 08/30/19 | L | A | |
| 13.   --Wells Fargo Bank (CD) | B | Interest | | | Redeemed | 06/28/19 | M | A | |
| 14.   --Discover Bank (CD) | A | Interest | | | Redeemed | 01/07/19 | L | A | |
| 15.   --American Express Federal Savings Bank (CD) | A | Interest | | | Redeemed | 09/12/19 | L | A | |
| 16.   --Goldman Sachs Bank USA NY (CD) | A | Interest | | | Redeemed | 03/13/19 | L | A | |
| 17.   --Capital One Bank USA Nat'l Association (CD) | C | Interest | | | Redeemed | 10/04/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 5/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --Ally Bank Midvale Utah (CD) | B | Interest | | | Redeemed | 11/04/19 | L | A | |
| 19.  --Morgan Stanley Bank NA Utah (CD) | B | Interest | | | Redeeemed | 11/12/19 | L | A | |
| 20.  --Morgan Stanley Bank NA Utah (CD) | B | Interest | | | Redeemed | 12/23/19 | L | A | |
| 21.  --Goldman Sachs Bank USA (CD) | B | Interest | | | Redeemed | 07/31/19 | L | A | |
| 22.  --Bank America NA Charlotte NC (CD) | C | Interest | M | T | | | | | |
| 23.   --BMW Bank North America Salt Lake (CD) | A | Interest | K | T | Buy | 01/11/19 | K | | |
| 24.  --TIAA FSB Jacksonville Fla (CD) | A | Interest | L | T | Buy | 04/17/19 | L | | |
| 25.  --Ally Bank (CD) | A | Interest | L | T | Buy | 07/11/19 | L | | |
| 26.  --Morgan Stanley Pvt Bank Purchase (CD) | A | Interest | L | T | Buy | 07/11/19 | L | | |
| 27.   -- Capital One Nat'l Assn. Va (CD) | A | Interest | L | T | Buy | 08/07/19 | L | | |
| 28.   -- Goldman Sachs Bank USA (CD) | A | Interest | M | T | Buy | 09/11/19 | M | | |
| 29.  --Sallie Mae Bank Salt Lake City Utah (CD) | A | Interest | L | T | Buy | 09/18/19 | L | | |
| 30.   -- Wells Fargo Bank Nat'l  Assn (CD) | A | Interest | M | T | Buy | 10/18/19 | M | | |
| 31.   -- Sallie Mae Bank Salt Lake City Utah (CD) | A | Interest | M | T | Buy | 11/13/19 | M | | |
| 32.  --Morgan Stanley Bank NA (CD) | A | Interest | L | T | Buy | 11/20/19 | L | | |
| 33.   Flexible Annuity Plan | | | | | | | | | |
| 34.  --Mutual of America Conservative Allocation Fund | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **1** Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| **2** Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| **3** Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 5/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Mutual of America Moderate Allocation Fund | | None | K | T | | | | | |
| 36. --Mutual of America 2020 Retirement Fund | | None | K | T | | | | | |
| 37. --Mutual of America General Account | A | Interest | L | T | | | | | |
| 38. Tax Deferred Annuity | | | | | | | | | |
| 39. --Mutual of America Conservative Allocation Fund | | None | M | T | | | | | |
| 40. --Mutual of America Interest Accumulation Account | D | Interest | N | T | | | | | |
| 41. Citizens Bank Checking Account | | None | K | T | | | | | |
| 42. PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 43. PNC Bank Money Market Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. For the Flexible Annuity Plan and the Tax Deferred Annuity holdings listed in Part VII with no income, "none" was listed because the statements do not provide the income attributable to those assets.

2. IRA #1 in this Financial Disclosure Report was IRA #2 in the 2018 Report. IRA #1 in the 2018 Report was closed in 2018 and therefore the title "IRA #1" is being given in this Report to IRA #2 in the 2018 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel H. Slomsky**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544